UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KATHY PARTENBERRY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No. 1:06CV31 RWS |

## MEMORANDUM AND ORDER

On April 18, 2006, the Court was advised that the parties had reached a settlement agreement. That same day, I ordered the parties to file dismissal papers no later than May 18, 2006. The Order warned the parties that failure to comply with the Order would result in the dismissal of this action with prejudice. The parties have not complied with the Order. As a result, the case shall be dismissed with prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Defendant are **DISMISSED** with prejudice.

Dated this 6th day of July, 2006.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE