UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| KATHY ELAINE PARTENBERRY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:06CV00031 RWS |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

On March 13, 2007, Kathy Partenberry telephoned the Clerk of this Court and said she would not be able to respond to my Order of February 21, 2007 because she has been sick. My Order required Partenberry to respond to Hartford Life's Motion to Compel [#19], in writing, no later than March 13, 2007. My Order also set a hearing on the Motion to Compel, to be held on March 26, 2007 at 1:00 p.m.

Partenberry failed to attend the last status conference in this case, held in Cape Girardeau on December 19, 2006.

Accordingly,

**IT IS HEREBY ORDERED** that Partenberry **must appear** in person, represented by counsel, at the March 26, 2007 hearing. Alternatively, Partenberry may file, in writing, a motion to continue and explain why she needs a continuance.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of March, 2007.