UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| KATHY ELAINE PARTENBERRY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HARTFORD LIFE AND ACCIDENT )<br>INSURANCE COMPANY, )<br>Defendant. ) | Case No. 1:06CV00031 RWS |

## AMENDED MEMORANDUM AND ORDER

My Order dated March 15, 2007 and filed as doc.#21 in this mater indicated that ... "Partenberry must appear in person represented by counsel at the March 26, 2007 hearing" ... which was not correct. The Memorandum and Order is amended below as indicated in bold type.

On March 13, 2007, Kathy Partenberry telephoned the Clerk of this Court and said she would not be able to respond to my Order of February 21, 2007 because she has been sick. My Order required Partenberry to respond to Hartford Life's Motion to Compel [#19], in writing, no later than March 13, 2007. My Order also set a hearing on the Motion to Compel, to beheld on March 26, 2007 at 1:00 p.m.

Partenberry failed to attend the last status conference in this case, held in Cape Girardeau on December 19, 2006.

Accordingly,

**IT IS HEREBY ORDERED that Partenberry <u>must appear</u> in person, <u>or</u> by counsel, at the March 26, 2007 hearing.** Alternatively, Partenberry may file, in writing, a motion to continue and explain why she needs a continuance.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 16th day of March, 2007.